**Original filed 8/31/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,  )  <br>           )  <br>      Petitioner,  )  <br>           )  <br>   vs.  )  <br>           )  <br>M. SULLIVAN, Warden,  )  <br>           )  <br>      Respondent.  )  <br> _____ ) | No. C 06-0858 JF (PR)  <br><br>ORDER OF DISMISSAL; DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT  <br><br><br>(Docket No. 2) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 and a motion to proceed in forma pauperis. Petitioner has paid the filing fee. Accordingly, Petitioner's motion to proceed in forma pauperis (docket no. 2) is DENIED as moot. Petitioner has filed two earlier habeas actions with this Court, in C 99-21216 JF (PR) and C 05-1273 JF (PR), challenging the same conviction and sentence raised in the instant petition. In case no. C 99-21216 JF (PR), the Court denied Petitioner's habeas petition on the merits on February 28, 2003. The Court of Appeals dismissed Petitioner's appeal on June 19, 2003. In case no. C 05-1273 JF (PR), the Court dismissed Petitioner's second habeas petition, as a second or successive petition pursuant to 28 U.S.C. § 2244(b)(1). Similarly, the Court will DISMISS the instant petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

Order of Dismissal  
P:\pro-se\sj.jf\hc.06\Cato858dis          1

## DISCUSSION

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(2), (3).

Here, Petitioner raises claims of ineffective assistance of counsel and prosecutorial misconduct. See Petition at 5. Petitioner alleges that these claims contain new evidence under "AEDPA (B)(i)(ii)." Id. The instant petition challenges the same conviction and sentence as the earlier petition in case no. C 99-21216 JF (PR), this earlier habeas petition was denied on the merits, and Petitioner has not presented an order from the Court of Appeals authorizing this Court to consider any new claims. Accordingly, this Court must dismiss the instant petition in its entirety. See 28 U.S.C. § 2244(b)(3)(A).

## CONCLUSION

The instant petition is DISMISSED without prejudice as a second and successive petition pursuant to 28 U.S.C. § 2244(b)(2). Petitioner's motion to proceed in forma pauperis (docket no. 2) is DENIED as moot as Petitioner has paid the filing fee. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: __8/31/06__            /S/ _____
                              JEREMY FOGEL
                              United States District Judge

1
2   A copy of this ruling was mailed to the following:
3
4   James Cato, Jr.
    H-35663
5   CSP - Corcoran
    3A03-240
6   P.O. Box 3461
    Corcoran, CA  93212
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Cato858dis             3